# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-1794

_____

United States of America,          *
          *
      Appellee,         *    Appeal from the United States
          *    District Court for the
   v.            *    District of South Dakota.
          *
Leroy Louis Scott, Jr.,       *    [UNPUBLISHED]
          *
      Appellant.       *

_____

Submitted:  November 6, 2001
Filed:  November 14, 2001

_____

Before BOWMAN, BEAM, and BYE, Circuit Judges.

_____

PER CURIAM.

After a jury trial, Leroy Louis Scott, Jr., was convicted of escaping from federal custody, in violation of 18 U.S.C. § 751(a) (1994). The District Court[1] sentenced him to sixteen months' imprisonment and two years' supervised release.  On appeal, his counsel has filed a brief and moved to withdraw under <u>Anders v. California</u>, 386 U.S. 738 (1967), and Scott has filed a pro se supplemental brief.

_____

[1]The Honorable Lawrence L. Piersol, Chief Judge, United States District Court for the District of South Dakota.

We have carefully considered each of the issues raised on appeal—regarding Scott's speedy-trial rights under the Sixth Amendment and the Speedy Trial Act, his Fifth Amendment right to be free from excessive pre-indictment delay, the alleged variance between the indictment and the jury instructions, the District Court's receipt of hearsay evidence, and his duplicity challenge to the indictment—and we find each argument to be without merit. Additionally, having reviewed the record independently pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we have not found any nonfrivolous issues for appeal.

Accordingly, we affirm the judgment of the District Court, and we grant counsel's motion to withdraw.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.